[No. 25386-4-III.   Division Three.   July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH ANN TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00632-7, Robert G. Swisher, J., entered July 14, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Stephens, J.

[No. 53466-1-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA LOU GLATT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07114-3, Michael Hayden, J., entered October 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 54479-9-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT G. ISABEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10218-7, Richard A. Jones, J., entered June 22, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54934-1-I.   Division One.   July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LYNN RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10100-6, Joan B. Allison, J., entered September 13, 2004. *Affirmed* by unpublished per curiam opinion.